**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DAVID W.R. BROWN,

    Plaintiff,

vs.                                                CASE NO. 8:07-CIV-2168-T-17-MSS

U.S. DEPARTMENT OF COMMERCE,
et al.,

    Defendants
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Mary S. Scriven on September 18, 2008 (Docket No. 59). The magistrate judge recommended that the Court grant the defendants' motion to dismiss (Docket 8) and dismiss the case without prejudice. The defendants also filed a motion to strike plaintiff's response to their response to the objections (66). The plaintiff has failed to properly object to the motion to strike and the Court finds it otherwise well-taken.

       Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). The plaintiff filed objections

to the report and recommendation (Docket No. 61); the defendants filed a response to the objections (63); and the plaintiff then filed a response to that response (Docket No. 65).

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation and finds the defendants' response to the objections to be persuasive. Accordingly, it is

**ORDERED** that the report and recommendation, September 18, 2008 (Docket No. 59) be **adopted** and **incorporated by reference**; the plaintiff's objections are **overruled**; the defendants' motion to dismiss (Docket 8) be **granted** and the case is  dismissed as recommended.  The defendants' motion to strike plaintiff's response to their response to the

objections (66) be **granted**. The Clerk of Court is directed to close the case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of November, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge